**Opinion issued February 9, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00705-CV

———————————

## MARCUS W. RAY, Appellant

## V.

## GENERATION GROVE APARTMENTS, Appellee

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1189375

## MEMORANDUM OPINION

Appellant, Marcus W. Ray, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). Appellant filed a notice of appeal from the trial court's September 27, 2022 final judgment.

The clerk's record was filed on November 22, 2022, and on November 28, 2022, the Court received notice that there is no reporter's record for this case. Accordingly, appellant's brief was due to be filed on or before December 28, 2022. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On January 12, 2023, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond to the January 12, 2023 notice.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Countiss and Rivas-Molloy.